

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-13-00172-CR |
| IN RE: GILBERT FIELDING, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

## MEMORANDUM OPINION

Relator, Gilbert Fielding, has filed a petition for writ of mandamus against the Honorable Annabell Perez, Judge of the 41st District Court of El Paso County, alleging that she has failed to rule on his motion for appointment of counsel pursuant to Article 64.01(c) of the Texas Code of Criminal Procedure. *See* TEX.CODE CRIM.PROC.ANN. art. 64.01(c)(West Supp. 2012). We deny mandamus relief.

To obtain mandamus relief, Relator must establish both that he has no adequate remedy at law to redress his alleged harm, and that what he seeks to compel is a ministerial act not involving a discretionary or judicial decision. *State ex rel. Young v. Sixth Judicial District Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). When a motion has been properly filed and brought to the court's attention, the act of giving consideration to and ruling upon the motion is a ministerial act, and mandamus may issue to compel the court to rule. *See In*

*re Chavez*, 62 S.W.3d 225, 228 (Tex.App.--Amarillo 2001, orig. proceeding).

Relator filed his motion for appointment of counsel in December 2012 and he requested in a letter to the trial court clerk, filed on March 11, 2013, that the clerk notify the trial court of the motion. There is, however, no evidence that the clerk has complied with that request or that the motion has been otherwise brought to the attention of the trial judge. *See Chavez*, 62 S.W.3d at 228; *In re Garrett*, No. 07-09-0336-CV, 2009 WL 3849918 (Tex.App.--Amarillo Nov. 18, 2009, orig. proceeding). Consequently, Relator has failed to establish that he is entitled to mandamus relief. The petition for writ of mandamus is denied.

August 21, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)